```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America,
         Plaintiff,

    v.                                                   Civil No. 11-25-SM

Edgewater Construction, Inc.,
         Defendant,
   and

People's United Bank,
         Garnishee.

## ORDER TO RELEASE FUNDS AND TO QUASH WRIT OF CONTINUING GARNISHMENT

On October 18, 2011, a Writ of Continuing Garnishment and Clerk's Notice of Continuing Garnishment were issued in the above-captioned action by James R. Starr, Clerk, United States District Court.  In accordance with the terms of the Writ of Continuing Garnishment, on October 25, 2011, an account in the name of Edgewater Construction, Inc., held by People's United Bank, was levied on by the United States of America.  Copies of the Application, Clerk's Notice and Writ of Continuing Garnishment were sent to defendant, Edgewater Construction, Inc., on October 27, 2011, by certified mail, return receipt.

Defendant hereby waives their right to a hearing pursuant to 28 U.S.C. §3202(d).  Accordingly, it is

ORDERED that funds in the amount of $3,600.00 which were seized on October 25, 2011 through October 31, 2011, from an account in the name of Edgewater Construction, Inc., which are in the possession, custody or control of People's United Bank, be released to the United States of America.  Said funds should be made payable to U.S. Department of Justice and sent to U.S. Attorney's Office, 53 Pleasant Street, 4th Floor, Concord, NH 03301; and

ORDERED that any remaining funds in the account in the name of Edgewater Construction, Inc., over $3,600.00, be released to Edgewater Construction, Inc.; and

ORDERED that the Writ of Continuing Garnishment issued on October 18, 2011, to People's United Bank, is hereby quashed.

IT IS SO ORDERED.

/s/   Steven J. McAuliffe
_____
U.S. District Court Judge

DATED: October 31, 2011

cc: Michael T. McCormack, AUSA
    Edgewater Construction, Inc.
    People's United Bank